IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, | ) ) | 2:06-cv-2539-GEB-EFB |
| Petitioner, | ) ) | |
| v. | ) ) | ORDER |
| COUNTY OF PLUMAS, | ) ) | |
| Respondent. | ) ) | |

The status (pretrial scheduling) conference scheduled in this case for February 26, 2007, is continued to June 18, 2007.[1] The following Order issues based on the joint status report submitted by the parties on February 9, 2007.

---

[1] A Joint Status Report shall be filed not later than fourteen days prior to the June 18 scheduling conference. The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

1

A hearing on petitioner's Petition to Compel Arbitration to the Court ("Petition") shall be held on April 16, 2007, at 9:00 a.m. On or before March 1, 2007, Petitioner shall file its moving papers, and the parties shall file a "Joint Statement of Facts" which shall be binding for purposes of the hearing on the Petition. Respondent shall file its opposition papers on or before March 23, 2007, and Petitioner shall file its reply on or before April 6, 2007.

IT IS SO ORDERED.

Dated:  February 15, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge