IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, | ) ) ) 2:06-cv-2539-GEB-EFB |
| Petitioner, | ) ) |
| v. | ) ORDER ) |
| COUNTY OF PLUMAS, | ) ) |
| Respondent. | ) ) |

In light of the ruling filed on May 3, 2007 granting the petition to compel arbitration, the Clerk of the Court is directed to close this action.

Dated: June 6, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge