IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, | ) ) ) | 2:06-cv-2539-GEB-EFB |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| COUNTY OF PLUMAS, | ) ) | |
| Defendant. | ) ) | |

The Ninth Circuit's remand of this case instructed the district court to "determine whether fees, costs, or sanctions should be imposed . . ." Plaintiff shall file whatever it deems appropriate on these issues and a proposed order no later than May 11, 2009; Defendant's opposition or statement of non-opposition shall be filed no later than May 25, 2009; and Plaintiff's reply, if any, shall be filed no later than June 1, 2009. The hearing on the referenced

filings is scheduled to commence at 9:00 a.m. on June 8, 2009.  The
parties shall meet in effort to resolve the remand issues before May
1, 2009.

Dated:  April 15, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge