Joseph W. Rose (SBN 232261)
Tamiya Davis (SBN 233534)
**ROSE LAW FIRM, P.C.**
2240 East Bidwell Street
Folsom, CA 95630
Telephone:    (916) 983-7840
Facsimile:    (916) 290-0148

Attorneys for Petitioner
INTERNATIONAL UNION OF OPERATING
ENGINEERS

Robert D. Swanson (SBN 162816)
Michael E. Chase (SBN 214506)
**BOUTIN GIBSON DI GIUSTO HODELL INC.**
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
Telephone:    (916) 321-4444
Facsimile:    (916) 441-7597

Attorneys for Respondent
COUNTY OF PLUMAS

ROSE LAW FIRM, P.C.
2240 EAST BIDWELL ST.
FOLSOM, CA 95630
(916) 983-7840

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, | **Case No.:  2:06-CV-02539-GEB-EFB** |
| Petitioner, | |
| v. | **STIPULATION TO VACATE AND CONTINUE HEARING AND [PROPOSED] ORDER** |
| COUNTY OF PLUMAS, | |
| Respondent. | |
| _____/ | |

IT IS STIPULATED AND AGREED BY AND AMONG the undersigned counsel of

record and parties in the above-entitled action as follows:

      1.     The hearing date now set for June 8, 2009, shall be vacated;

      2.     The hearing shall be continued for approximately sixty (60) days to July 6, 2009,

as the parties continue to engage in ongoing settlement discussions; and

      3.     A new briefing schedule shall be fixed by the Court as follows:

           a.     Petitioner's brief is due by June 8, 2009;

ROSE LAW FIRM, P.C.
2240 EAST BIDWELL ST.
FOLSOM, CA 95630
(916) 983-7840

1        b.      Respondent's opposition or statement of non-opposition is due by June 22,

2        2009;

3        c.      Any reply by petitioner is due by June 29, 2009.

4        This Stipulation is being submitted on the grounds that counsel for the parties and the

5    parties themselves have been heavily engaged in settlement discussions, regarding this dispute

6    and several related disputes between the parties, for many weeks and those discussions are

7    ongoing. Settlement discussions have been fruitful and the parties consider it very likely that a

8    comprehensive settlement of all their disputes will soon be reached that will make unnecessary

9    any further proceedings before this Court or on remand in the Superior Court of California. It is

10   believed by counsel for the parties that vacating the hearing date and briefing schedule set forth

11   in the Court's Order dated April 16, 2009, and continuing the hearing for approximately sixty

12   (60) days will enhance and promote the likelihood of settlement of this entire matter, ultimately

13   result in administrative efficiency for the Court, and reduce the expense of litigation for the

14   parties. Therefore, this request is based on demonstrated good cause.

15

16   Dated: May 6, 2009                      ROSE LAW FIRM, P.C.

17

18                                    By:    _/s/ Joseph W. Rose_____
                                            JOSEPH W. ROSE
19                                          Attorneys for Petitioner
                                            INTERNATIONAL UNION OF
20                                          OPERATING ENGINEERS, LOCAL 3

21

22   Dated: May 7, 2009                      BOUTIN GIBSON DI GIUSTO HOELL INC.

23

24                                    By:    /s/ Robert D. Swanson as authorized on 5/07/09
                                            ROBERT D. SWANSON
25                                          MICHAEL E. CHASE
                                            Attorneys for Respondent
26                                          COUNTY OF PLUMAS

27

28

ROSE LAW FIRM, P.C.
2240 EAST BIDWELL ST.
FOLSOM, CA 95630
(916) 983-7840

1

2

3 **ORDER**

4     The above briefing schedule is adopted; and the June 8, 2009 hearing is rescheduled to

5 commence at 9:00 a.m. on July 6, 2009.  No further continuance will be granted absent a

6 showing of good cause since the Court is without jurisdiction over this action.  IT IS SO

7 ORDERED.

8

9 DATED: 5/8/09

10

11 _____
    GARLAND E. BURRELL, JR.
    United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER**